# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HASSAN ROBERTS,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:14-cv-00053-RCJ-VPC

**ORDER**

The court ordered (#5) respondents to answer or otherwise respond to the petition for a writ of habeas corpus (#2). Respondents have not complied with the court's order (#5) within the allotted time.

IT IS THEREFORE ORDERED that respondents shall have ten (10) days from the date that this order is entered to comply with the court's order (#5) or to show cause in writing why such compliance is impossible.

Dated: October 6, 2014

_____
ROBERT C. JONES
United States District Judge