AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*_____ DISTRICT OF \_\_NEVADA\_\_

HASSAN ROBERTS,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  3:14-cv-00053-RCJ-VPC

ISIDRO BACA, *et al.*,

      Respondents.

☐    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#2) is **denied.**
    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied.**

      April 21, 2016                                  **LANCE S. WILSON**
                                                                   Clerk

                                                                   /s/ K. Rusin
                                                                   Deputy Clerk